AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California ▼

| | |
|---|---|
| THOMAS DERRICK McELROY, an individual; DENZIL DELANO FOSTER, an individual; and JAY KING, an individual <br><br> *Plaintiff(s)* <br><br> v. <br><br> MIKKEL S. ERIKSEN, an individual; TOR ERIK HERMANSEN, an individual; PRISCILLA HAMILTON, an individual, ORI KAPLAN, an individual; (See Attachment) <br><br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: HARRY E. DOUGLAS IV
LAW OFFICES OF HARRY E. DOUGLAS IV
5482 Wilshire Boulevard #1600
Los Angeles, California 90036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:

*Signature of Clerk or Deputy Clerk*

## United States District Court, Central District of California

Attachment to Summons re: Additional Defendants

**Defendants:**

STARGATE, an entity of unknown form;

WB MUSIC CORP., a California corporation;

EMI APRIL MUSIC, INC., a Connecticut corporation;

SONY MUSIC HOLDINGS, INC., a Delaware corporation;

SONY/ATV MUSIC PUBLISHING, INC., a limited liability company

Sony/ATV MUSIC PUBLISHING ACQUISITION, INC., a Delaware corporation;

EPIC-SYCO RECORDS, a joint venture;

And Does 1 through 10, inclusive,