UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 16-6445-CBM(AJWx) | Date | MARCH 8, 2017 |
|---|---|---|---|
| Title | THOMAS MCELROY, ET AL., v. MIKKEL S. ERIKSEN, ET AL., | | |

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Joseph E. Porter, III | Peter J. Anderson |
| Harry E. Douglas, IV | Benjamin S. Akley |

**Proceedings:**    HEARING SCHEDULING CONFERENCE

The case is called and counsel state their appearance.  The Court and counsel confer. Status Conference held. Following discussions with the parties, the Court will set the following dates:

Motions to amend no later than May 8, 2017.
Fact discovery cut off shall be completed on or before December 30, 2017.
Expert discovery cut off shall be completed on or before February 28, 2018.

Settlement conference shall be held on or before December 15,  2017.
Last day for hearings on Motions shall be set for oral argument on or before May 18, 2018  at 10:00 a.m.
Pre Trial Conference is set on **July 23, 2018 at 2:30 p.m.**
Jury Trial is set on **August 14, 2018 at 10:00 a.m.(est. 5 days).**

ADR-1 Form shall be filed on or before March 15, 2017.  The Court grants plaintiff's oral motion to dismiss without prejudice the following defendants Mikkel S. Eriksen, Tor Erik Hermansen, Priscilla Hamilton, Ori Kaplan and Stargate.  Plaintiff will file a motion as to any other defendants he wishes to dismiss.

IT IS SO ORDERED.

cc: all parties                                                                                    **1: 12**