1 | Peter J. Anderson, Esq., Cal. Bar No. 88891
E-Mail: pja@pjanderson.com
2 | LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
3 | 100 Wilshire Boulevard, Suite 2010
Santa Monica, CA 90401
4 | Tel: (310) 260-6030
Fax: (310) 260-6040
5 |
6 | Attorney for Defendant
WB MUSIC CORP.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| THOMAS DERRICK MCELROY, *et al.*, | Case No. 2:16-cv-06445-CBM-AJWx |
| Plaintiffs, | |
| vs. | STIPULATION TO ORDER DISMISSING ACTION |
| MIKKEL S. ERIKSEN, *etc.*, *et al.*, | |
| Defendants. | [*Proposed*] Order Submitted Herewith |

# **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiffs Thomas Derrick McElroy, Denzil Delano Foster and Jay King, and defendants WB Music Corp., EMI April Music Inc., Sony Music Holdings Inc., Sony/ATV Music Publishing LLC and Sony/ATV Music Publishing Acquisition, Inc., by and through their respective attorneys of record, stipulate to the entry of the accompanying Order dismissing this action in its entirety, with prejudice, and with plaintiffs, on the one hand, and defendants, on the other hand, to bear their respective attorneys' fees and costs.

## **SO STIPULATED**

Dated: December 20, 2017

/s/ Joseph E. Porter III
Joseph E. Porter III, Esq.
LAW OFFICES OF JOSEPH E. PORTER III
-and-
Harry E. Douglas IV, Esq.
LAW OFFICES OF HARRY E. DOUGLAS IV
Attorneys for Plaintiffs
THOMAS DERRICK MCELROY,
DENZIL DELANO FOSTER
and JAY KING

Dated: December 20, 2017

/s/ Ilene S. Farkas
Ilene S. Farkas, Esq.
Michael J. Niborski, Esq.
Benjamin S. Akley, Esq.
PRYOR CASHMAN LLP
Attorneys for Defendants
EMI APRIL MUSIC INC.,
SONY MUSIC HOLDINGS INC., SONY/ATV MUSIC PUBLISHING LLC and SONY/ATV MUSIC PUBLISHING ACQUISITION, INC.

Dated: December 20, 2017                    /s/ Peter J. Anderson
                                                               Peter J. Anderson, Esq.
                                         LAW OFFICES OF PETER J. ANDERSON
                                               A Professional Corporation
                                                 Attorney for Defendant
                                                      WB MUSIC CORP.

### **Attestation Regarding Signatures**

      The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: December 20, 2017                    /s/ Peter J. Anderson
                                                               Peter J. Anderson, Esq.