JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| THOMAS DERRICK MCELROY, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>MIKKEL S. ERIKSEN, *etc.*, *et al.*,<br><br>　　　　Defendants. | Case No. 2:16-cv-06445-CBM-AJWx<br><br>ORDER DISMISSING ACTION [21] |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the Stipulation of plaintiffs Thomas Derrick McElroy, Denzil |
| 3 | Delano Foster and Jay King, and defendants WB Music Corp., EMI April Music |
| 4 | Inc., Sony Music Holdings Inc., Sony/ATV Music Publishing LLC and Sony/ATV |
| 5 | Music Publishing Acquisition, Inc., this action is hereby dismissed, in its entirety, |
| 6 | with prejudice, and with plaintiffs, on the one hand, and defendants, on the other |
| 7 | hand, to bear their respective attorneys' fees and costs. |

Dated: December 27, 2017

_____
The Honorable Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE

*Submitted by:*
Peter J. Anderson, Esq., Cal. Bar No. 88891
E-Mail: pja@pjanderson.com
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
100 Wilshire Boulevard, Suite 2010
Santa Monica, CA 90401
Tel: (310) 260-6030
Fax: (310) 260-6040
Attorney for Defendant
WB MUSIC CORP.